UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SAMUEL TOBIAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ISRAEL Z. RODRIGUEZ, individually; SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, a Delaware corporation; SWIFT TRANSPORTATION SERVICES, LLC, a Delaware limited liability company; SWIFT LEASING CO., LLC, a Delaware limited liability company; QUEMETCO, INC., a Delaware corporation; and QUEMETCO WEST, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 1:18-cv-00416-DCN<br>Consolidated with 3:18-cv-00514-DCN<br><br>**MEMORANDUM DECISION AND ORDER** |
| SWIFT TRANSPORTATION COMPANY, INC., a Delaware corporation; SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a Delaware corporation; and SWIFT LEASING CO., LLC, a Delaware limited liability company,<br><br>    Cross-Claimants,<br><br>v.<br><br>QUEMETCO, INC., a Delaware corporation and QUEMETCO WEST, LLC, a Delaware limited liability company,<br><br>    Cross-Defendants. | |

P&S ENTERPRISES, LLC dba COYOTE TRANSPORT,

    Plaintiff,

v.

ISRAEL RODRIGUEZ, an individual; SWIFT TRANSPORTATION COMPANY; SWIFT TRANSPORTATION CO., LLC; INTERSTATE EQUIPMENT LEASING, LLC; QUEMETCO, INC.; and QUEMETCO WEST, LLC,

    Cross-Defendants.

SWIFT TRANSPORTATION COMPANY, INC.; SWIFT TRANSPORTATION CO. OF ARIZONA, LLC; and INTERSTATE EQUIPMENT LEASING, LLC,

    Cross-Claimants/Cross-Defendants,

v.

QUEMETCO, INC., a Delaware corporation and QUEMETCO WEST, LLC, a Delaware limited liability company,

    Cross-Defendants/Cross-Claimants

## I. INTRODUCTION

Pending before the Court is Defendants Israel Rodriguez, Swift Transportation Company, Swift Transportation Co., LLC, and Interstate Equipment Leasing, LLC's (collectively "Swift Defendants") Motion for Partial Summary Judgment re: Damages for

Increased Insurance Premiums. Dkt. 26. The Swift Defendants seek for the Court to dismiss Coyote Transport's damages claims associated with increased insurance premiums due to the accident that forms the subject-matter of this litigation. In response, Coyote Transport notified Swift Defendants that it is no longer seeking those contested damages. There is no dispute between the parties that the Court should grant the Swift Defendants' Motion for Partial Summary Judgment. Dkt. 46. Thus, the Court grants Swift Defendant's Motion.

## II. ORDER

IT IS HEREBY ORDERED:

1. The Swift Defendants' Motion for Partial Summary Judgment (Dkt. 26) is **GRANTED**.

DATED: December 10, 2019

_____
David C. Nye
Chief U.S. District Court Judge