Donald J. Farley; ISB #1561
Mark J. Orler; ISB #7476
POWERS FARLEY, PC
702 West Idaho Street, Suite 700
Boise, Idaho  83702
Telephone:  (208) 577-5100
Email: contact@powersfarley.com
    djf@powersfarley.com
    mjo@powersfarley.com

Attorneys for Defendant Israel Z. Rodriguez and Swift Defendants/Cross-Claimants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SAMUEL TOBIAS, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ISRAEL Z. RODRIGUEZ, individually; SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a Delaware corporation; SWIFT TRANSPORTATION SERVICES, LLC, a Delaware limited liability company; SWIFT LEASING CO., LLC, a Delaware limited liability company; QUEMETCO, INC., a Delaware corporation; and QUEMETCO WEST, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | Case No. 1:18-CV-00416-SRB<br>Consolidated with 3:18-cv-00514-SRB<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| SWIFT TRANSPORTATION COMPANY, INC., a Delaware corporation, SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a Delaware, and SWIFT LEASING CO., LLC, a Delaware limited liability company,<br><br>　　　　　　Cross-Claimants,<br><br>vs.<br><br>QUEMETCO, INC., a Delaware corporation and QUEMETCO WEST, LLC, a Delaware limited liability company,<br><br>　　　　　　Cross-Defendants. | |

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE – 1

| |
|---|
| P&S ENTERPRISES, LLC dba COYOTE TRANSPORT,<br><br>    Plaintiff,<br>vs.<br><br>ISRAEL RODRIGUEZ, an individual; SWIFT TRANSPORTATION COMPANY; SWIFT TRANSPORTATION CO., LLC; INTERSTATE EQUIPMENT LEASING, LLC; QUEMETCO, INC., and QUEMETCO WEST, LLC,<br><br>    Defendants. |
| SWIFT TRANSPORTATION COMPANY, INC., SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, and INTERSTATE EQUIPMENT LEASING, LLC,<br><br>    Cross-Claimants/Cross-Defendants,<br>vs.<br><br>QUEMETCO, INC., a Delaware corporation and QUEMETCO WEST, LLC, a Delaware limited liability company,<br><br>    Cross-Defendants/Cross-Claimants. |

COME NOW Plaintiff, SAMUEL TOBIAS, and Defendants/Cross-Claimants/Cross-Defendants, ISRAEL Z. RODRIGUEZ, SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, SWIFT TRANSPORTATION SERVICES, LLC, SWIFT LEASING CO., LLC, QUEMETCO, INC., and QUEMETCO WEST, LLC, in Case No. 1:18-CV-00416-SRB, and Plaintiff P&S ENTERPRISES, LLC dba COYOTE TRANSPORT and Defendants/Cross-Claimants/Cross-Defendants, ISRAEL RODRIGUEZ, SWIFT TRANSPORTATION COMPANY, SWIFT TRANSPORTATION CO., LLC, INTERSTATE EQUIPMENT LEASING, LLC, QUEMETCO, INC., and QUEMETCO WEST, LLC, in Case No. 3:18-cv-00514-SRB (consolidated with Case No. 1:18-CV-00416-SRB), by and through their respective undersigned counsel of record, and

pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, hereby stipulate and agree as follows:

1. Plaintiff Samuel Tobias's First Amended Complaint and Demand for Jury Trial, and all causes of action asserted therein, be dismissed against all Defendants with prejudice, with all parties to bear their own costs and attorney fees;

2. Plaintiff P&S Enterprises, LLC dba Coyote Transport's Complaint and Demand for Jury Trial, and all causes of action asserted therein, be dismissed against all Defendants with prejudice, with all parties to bear their own costs and attorney fees;

3. The cross-claims asserted in either case as between Cross-Claimants and Cross-Defendants be dismissed with prejudice, with all parties to bear their own costs and attorney fees; and

4. This Stipulation is entered into on the grounds and for the reason that all parties have mutually agreed to a settlement and compromise of all claims and causes of action as between them.

DATED this 4th day of February, 2021.

        DINIUS AND ASSOCIATES

        By    /s/ Kevin E. Dinius
           Kevin E. Dinius – Of the Firm
           Sarah Hallock-Jayne – Of the Firm
           Attorneys for Plaintiff Samuel Tobias

DATED this 4th day of February, 2021.

        HAWLEY TROXELL ENNIS & HAWLEY LLP

        By    /s/ Tyler J. Anderson
           Tyler J. Anderson – Of the Firm
           Austin Strobel – Of the Firm
           Attorneys for Quemetco, Inc. and Quemetco West, LLC

DATED this 4th day of February, 2021.

        POWERS FARLEY, PC

        By    /s/ Mark J. Orler
           Donald J. Farley – Of the Firm
           Mark J. Orler – Of the Firm
           Attorneys for Israel Z. Rodriguez, Swift
           Transportation Co. of Arizona, LLC, Swift
           Transportation Services, LLC, Swift Leasing
           Co., LLC and Interstate Leasing, LLC

DATED this 4th day of February, 2021.

        HAMILTON, MICHAELSON & HILTY, LLP

        By    /s/ Maren Ericson
           Maren Ericson – Of the Firm
           Attorneys for Plaintiff P&S Enterprises, LLC dba
           Coyote Transport